IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

CHARLES LAMONT MILLER,

          Plaintiff,

v.                                                        CIVIL ACTION NO. 3:11-00557

MICHAEL CLARK, Jail Administrator,
and L.T. C. ALRIDGE, Chief of Security,
sued in their individual and official capacities,

          Defendants.

**MEMORANDUM OPINION AND ORDER**

This action was referred to the Honorable Cheryl A. Eifert, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge has submitted findings of fact and recommended that Plaintiff's complaint be dismissed, without prejudice, pursuant to the screening provisions of 28 U.S.C. § 1915A. Neither party has filed objections to the Magistrate Judge's findings and recommendation. The Court notes that the Clerk of Court has made multiple attempts to forward the Proposed Findings and Recommendation to Plaintiff. Each mailing as been returned as undeliverable.

Accordingly, the Court accepts and incorporates herein the findings and recommendation of the Magistrate Judge and **DISMISSES** Plaintiff's complaint, without prejudice, consistent with the findings and recommendation.

The Court **DIRECTS** the Clerk to forward copies of this written opinion and order to all counsel of record, and any unrepresented parties.

        ENTER:       January 5, 2012

        _____
        ROBERT C. CHAMBERS
        UNITED STATES DISTRICT JUDGE